**94–1434.** State v. Steffen. *Hamilton County,* No. C–930351. Appellant has filed an untimely notice of appeal of the court of appeals decision affirming the trial court's denial of his petition for post-conviction relief pursuant to R.C. 2953.21 and a motion for delayed appeal. This appeal involves a civil matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II, Section A(4) apply.

IT IS ORDERED by the court, *sua sponte,* that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, that, in that appellant failed to perfect an appeal timely, this case be, and hereby is, dismissed for lack of jurisdiction.

MOYER, C.J., not participating.